

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

June 1, 2007



BY HAND

The Honorable Lisa Margaret Smith
Chief United States Magistrate Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

      Re:    United States v. German Cuadrado et al.,
                07 Cr. 387

Dear Chief Judge Smith:

      The United States hereby requests that the indictment in the above-captioned case be unsealed.

                            Respectfully Submitted,

                            MICHAEL J. GARCIA
                            United States Attorney

             By:   _____
                            Nola B. Heller
                            Assistant United States Attorney
                            (914) 993-1939

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

SO ORDERED: _____
                                       Hon. Lisa Margaret Smith
                                       U.S.M.J.