UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA : | AFFIRMATION FOR WRIT OF |
| - V - : | HABEAS CORPUS AD <u>PROSEQUENDUM</u> |
| GERMAN CUADRADO a/k/a : "Misael Custodio," | 07 CR 387 |
| : | |
| Defendant. | |

-------------------------------------------------------x

STATE OF NEW YORK            )
COUNTY OF WESTCHESTER   :   ss.:
SOUTHERN DISTRICT OF NEW YORK   )

      NOLA B. HELLER, being duly sworn, deposes and says that he is an Assistant United States Attorney for the United States Attorney's Office in the Southern District of New York; that one "GERMAN CUADRADO a/k/a "Misael Custodio"," (DOB: 06-15-77), is now incarcerated at the Suffolk County Jail, Riverhead, New York.

      WHEREFORE, your deponent respectfully prays that a writ of habeas corpus ad prosequendum be issued directing the Suffolk County Jail, Riverhead, New York to release the defendant into the custody of the United States Marshals for the Southern District of New York on Monday, June 25, 2005 at 9:00 in the forenoon for an arraignment on an indictment before a Magistrate Judge, and to return him to Suffolk County Jail only when the writ has been satisfied.

      I declare under penalty of perjury that the foregoing is true and correct.

                                                  NOLA B. HELLER
                                                 Assistant United States Attorney

June 11, 2007