**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA
against

GERMAN CUADRADO

(Alias)    MISAEL CUSTODIO

Please PRINT Clearly

U.S. DISTRICT COURT
FILED
JUN 29 2007
S.D. OF N.Y. W.P.

7u 387

DOCKET NO. ASSIGNED
JUDGE OR MAGISTRATE JUDGE

**NOTICE OF
APPEARANCE**

TO:    JAMES M. PARKISON, CLERK

SIR:    YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE
ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS  (Please check one)

1. [  ] CJA    2. [XX] RETAINED    3. [  ] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT  [  ] NO    [XX] YES - IF YES GIVE YOUR DATE OF
ADMISSION. MO. Sept.    YR. 1990

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STAN-
DING FROM THE _____ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE
LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED: NEW YORK, NEW YORK
June 29, 2007

SIGNATURE

PRINT THE FOLLOWING INFORMATION CLEARLY

LAURIANO GUZMAN, JR., ESQ.
Attorney for Defendant

LAW OFFICES OF LAURIANO GUZMAN, JR., P.C.
Firm name if any

2565 FRISBY AVENUE
Street address

BRONX, NEW YORK  10461
City                State                Zip

(718) 892-8200 - OFFICE
Telephone No
(917) 627-5580 - CELL NO.

NOTE: PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186