

# U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

July 10, 2007

**BY HAND**

The Honorable Charles L. Brieant
United States District Judge
United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

> Application granted. Conference now scheduled for July 12, 2007 at 11:30.
> Time is excluded under the Speedy Trial Act through July 12, 2007.
> SO ORDERED /s/ Charles L. Brieant U.S.D.J.
> Dated: July 10, 2007

Re: <u>United States v. German Cuadrado et al.</u>, No. 07 Cr. 387

Dear Judge Brieant:

As discussed with Your Honor's Deputy, the pretrial conference in this case that was scheduled for July 10, 2007 at 9:30 a.m, has been adjourned until July 12, 2007 at 11:30 a.m. Defendant Plutarco Angulo-Aguirre is arriving in White Plains from the Middle District of Florida via airlift on July 11, 2007, and the new date will allow all four defendants to appear at the conference. Therefore, the Government respectfully requests that time be excluded under the Speedy Trial Act from July 10, 2007 until July 12, 2007.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Nola B. Heller
Assistant United States Attorney
914-993-1939

cc (By Fax): Lauriano Guzman, Esq.
Michael Cassis, Esq.
Susanne Brody, Esq.
Paul Reinaldo, Esq.