# MANCUSO, RUBIN & FUFIDIO
ATTORNEYS AT LAW

ROBERT J. MANCUSO*
ANDREW A. RUBIN
GEORGE E. FUFIDIO, JR.**

* ADMITTED IN CT
** ADMITTED IN FL

ONE NORTH BROADWAY
SUITE 1502
WHITE PLAINS, NEW YORK 10601

TELEPHONE (914) 761-9200
FACSIMILE (914) 686-3478

January 28, 2008

MEMO ENDORSED

Honorable Charles L. Brieant
United States District Court Judge
United States District Courthouse
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:  USA v. Angulo-Aguirre, et al.
     S4 07 CR 387 (CLB)

Dear Judge Brieant:

I represent one of the defendants in the above-captioned case, Angel Diaz. The Court has set the next pretrial conference date in this matter for March 20, 2008 at 9:30 a.m. The scheduled date falls within Easter week, on Holy Thursday.

I have spoken to AUSA Nola Heller and all co-counsel in this case. I am respectfully requesting that the next pretrial conference be scheduled on Wednesday, April 2, 2008. All counsel have consented to my request and are available that morning.

Please advise me of the Court's decision in this matter so that I can so inform all other counsel.

Very truly yours,

MANCUSO, RUBIN & FUFIDIO

George E. Fufidio, Jr.

GEF/pmr
cc.:  AUSA Nola Heller
      United States Attorney's Office
      Southern District of New York
      One Saint Andrew's Plaza
      New York, N.Y. 10007

[Handwritten marginalia: Application granted. Pretrial Conference and motions in the case are now rescheduled for April 2, 2008 at 9:30 a.m. So ordered. Charles L. Brieant, USDJ]