UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

07 CR 387 (CM)

-Against-

CALENDAR NOTICE

GERMAN CUADRADO, et al.,

Defendant.

McMahon, J:

　　While the Court has yet to decide all of the pretrial motions in this multi-defendant kidnaping/robbery conspiracy case, and even though there is a pending suppression hearing for at least one defendant (April 2, 2008, at 10:00a.m.) yet to take place, it is important that the Court set a trial date to allow the Court and counsel to plan their calendars. To that end, the trial of this matter will commence on May 27, 2008, at 9:30a.m., at the United States District Courthouse in White Plains, New York.

　　The Government is directed to provide the defense with any 404(b) evidence it intends to introduce at trial by April 15, 2008. The defense will in turn have until April 29, 2008, to file motions seeking to preclude such evidence. The Court will rule on the 404(b) motions and all *in limine* motions at the final pretrial conference, which will be held on May 9, 2008 at 3:00p.m.

February 15, 2008

_____
Colleen McMahon, U.S.D.J

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08
```