# EXHIBIT A

Case 7:07-cr-00387-CM    Document 58-2    Filed 02/26/2008    Page 1 of 2



1



4



2

5



3



6

RCIC PHOTO LINEUP 07-036