

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

May 8, 2008

BY HAND

The Honorable Mark D. Fox
United States Magistrate Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

        Re:    United States v. German Cuadrado et al.,
                   S4 07 Cr. 387

Dear Judge Fox:

        The United States writes to request that certain docket entries in the above-captioned case be unsealed. Specifically, the United States request that docket entries for the guilty plea proceedings for: Jorge Flores, on August 16, 2007 (Judge Yanthis); German Cuadrado, on September 7, 2007 (Judge Yanthis); Juan Camacho, on November 15, 2007 (Judge Fox); and Saile Parra, on March 11, 2008 (Judge Yanthis) be unsealed, so that transcripts can be made of those proceedings.

                                      Respectfully Submitted,

                                      MICHAEL J. GARCIA
                                      United States Attorney

                       By:    _____
                            Nola B. Heller
                            Assistant United States Attorney
                            (212) 637-2631

5/8/08 [handwritten notation: Application granted for purpose of transcript only]

MARK D. FOX
United States Magistrate Judge
Southern District of New York