```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA          :
                                  :
          - v. -                  :
                                  :
                                  :
GERMAN CUADRADO,                  :
     a/k/a "Geraldo,"             :
                                  :
                    Defendant.    :
- - - - - - - - - - - - - - - - - -x
```

ORIGINAL

Sealed

**SUPERSEDING INFORMATION**

S2 07 Cr. 387 (CLB)

*[Stamp: DISTRICT COURT FILED SEP 07 2007 S.D. W.P. OF N.Y.]*

## COUNT ONE

The United States Attorney charges:

1.  From in or about September 2006 through on or about January 3, 2007, in the Southern District of New York and elsewhere, GERMAN CUADRADO, a/k/a "Geraldo," the defendant, together with others known and unknown, unlawfully, willfully, and knowingly, conspired to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), to wit, the armed robberies of three trucks, and thereby obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3).

(Title 18, United States Code, Section 1951(a).)

## COUNT TWO

The United States Attorney further charges:

2.  From in or about September 2006 through on or

that the defendants, and others known and unknown, would and did transport, transmit, and transfer in interstate and foreign commerce goods, wares, merchandise, securities and money, of the value of $5,000 and more, knowing the same to have been stolen, converted, or taken by fraud, in violation of 18 U.S.C. § 2314.

## OVERT ACT

    a.   On or about September 13, 2006, GERMAN CUADRADO, a/k/a "Geraldo," the defendant, together with co-conspirators not named herein, stole a truck from a warehouse in Blauvelt, New York, and transported it to Clifton, New Jersey.

(Title 18, United States Code, Section 371.)

_____
MICHAEL J. GARCIA
United States Attorney

4