# UNITED STATES DISTRICT COURT

## FOR THE

## SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | :    *Sealed* |
| |    S2 07 Cr. 387 (CLB) |
| GERMAN CUADRADO, | : |
| a/k/a "Geraldo," | |
| | : |
| Defendant. | : |

-----------------------------------x

**GERMAN CUADRADO**, a/k/a "Geraldo," the above-named defendant, who is accused of violating Title 18, United States Code, Section 1951(a) and Title 18, United States Code, Section 1201(c), having been advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

*/s/ German Cuadrado*
Defendant.

*/s/* 
Counsel for Defendant.

Date: White Plains, New York
September ___, 2007